1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700

5  Counsel for Defendant AMAYA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-13-086 WHA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE |
| v. | ) | |
| CARLOS AMAYA, | ) | |
| Defendant. | ) | |

The parties jointly request that, subject to the Court's approval, the change of plea hearing presently set for April 9, 2013 be continued to April 23, 2013 at 2:00 p.m.

At the last appearance, the Court set the above-captioned matter over until April 9 for possible change of plea. Since then, the parties have reached an agreement and the defendant is prepared to plead guilty; however, defense counsel has since learned that she will be unavailable on April 9. Accordingly, the parties jointly request that the appearance be continued from April 9, 2013 to April 23, 2013.

For the above reasons, the parties stipulate there is good cause – taking into account the public interest in the prompt disposition of this case – to exclude the time from April 9, 2013 to

April 23, 2013 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from April 9, 2013 to April 23, 2013 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

__4/4/13_____  
DATED  
_____/s/_____  
KATHRYN HAUN  
Assistant United States Attorney

__4/4/13_____  
DATED  
_____/s/_____  
JODI LINKER  
Assistant Federal Public Defender

IT IS SO ORDERED.

__April 4, 2013.__  
DATED  
_____  
WILLIAM H. ALSUP  
United States District Judge